UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 4, 2005

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO.:** |
| | : | |
| v. | : | **GRAND JURY ORIGINAL** |
| | : | |
| | : | **VIOLATIONS:** |
| **YVES JEAN LOUIS,** | : | |
| | : | 18 U.S.C. § 1203(a) and 2 |
| and | : | (Hostage Taking and Aiding and Abetting |
| | : | and Causing an Act to be Done) |
| **ERNSO LOUIS,** | : | |
| also known as McKinley, | : | |
| | : | |
| Defendants. | : | |

### I N D I C T M E N T

The Grand Jury Charges that:

### COUNT ONE

At all times material to this Indictment, except as otherwise indicated:

**A.   The Defendants**

1. Defendant **YVES JEAN LOUIS** is a citizen of the Republic of Haiti.

2. Defendant **ERNSO LOUIS**, also known as McKinley, is a citizen the Republic of Haiti.

**B.   Victim of the September 2005 Hostage Taking**

3.   The child victim is a United States national and citizen.

.   **C.   Jurisdiction and Venue**

4.   All events alleged in this Indictment took place within the Republic of Haiti, in the extraterritorial jurisdiction of the United States, and, pursuant to Title 18, United States Code,

Section 3238, within the venue of the United States District Court for the District of Columbia.

### D. The Offense

5. From on or about September 26, 2005, and continuing thereafter to on or about October 4, 2005, **YVES JEAN LOUIS** and **ERNSO LOUIS**, also know as McKinley, together with others whose identities are known and unknown to the Grand Jury, did knowingly and intentionally seize and detain and continue to detain a child victim, in order to compel a third person to do an act, namely, to pay ransom, as an explicit and implicit condition for the release of the child victim, a United States national.

(**Hostage Taking and Aiding and Abetting and Causing an Act to be Done**, in violation of Title 18, United States Code, Sections 1203(a) and 2)

_____A TRUE BILL:

_____FOREPERSON

Attorney of the United States in
and for the District of Columbia