

CLARENCE MADDOX,
CLERK OF COURT
301 N. Miami Ave
Miami, Florida 33128
305-523-5280

FILED

OCT 2 4 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TRANSMITTAL LETTER

SEALED

**TO:** UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
SUPERIOR COURT/DISTRICT OF COLUMBIA, 500 INDIANA AVE., NW
WASHINGTON, D.C. 20001

**RE:** USA VS. LOUIS                    CR 05-376-01,02- JDB

OUR CASE NUMBER-05-3293-WHITE
YOUR CASE NUMBER-05-0527M-01
                    05-376 CR

**DATE:** 10/17/05

===============================================================

The above-mentioned cause has been transferred to your jurisdiction
pursuant to
                    (Rule 40, 18:3653)

Please find enclosed the following documents:

_____X_____          Original file

_____          Certified File (pertinent papers only)

_____X_____          Magistrate Proceedings

_____          CASH Bond   Amount $_____
                    (Note: Cash is not included in this transmittal and will
              be forwarded at a later date from the Financial SECTION)

Kindly acknowledge receipt of these documents by RECEIVE STAMPING
the enclosed copy of this letter.

Yours sincerely

By NANCY J. FLOOD_____
     Deputy Clerk

CLOSED INTERP

U.S. District Court
FLS - Southern District of Florida Miami

CRIMINAL DOCKET FOR CASE #: 05-M -3293

USA v. Louis, et al.                                    Filed: 10/11/05
Assigned to: Patrick A. White

Dkt # in other court: None        *CR 05-376-01, 02 - JDB*

YVES JEAN LOUIS (1) , DOB:          Public Defender
11/13/76; Prisoner No. 76132-        [term  10/14/05]
004; Language: Creole              FTS 536-4559
      defendant                     305-530-7000
   [term  10/14/05]                 [COR LD NTC pda]
                                    Federal Public Defender's
                                    Office
                                    150 W Flagler Street
                                    Miami, FL 33130-1556
                                    305-530-7000

Pending Counts:

   NONE

Terminated Counts:

   NONE

Complaints                        Disposition

Warrant/Indictment from the
District Of Columbia - Hostage
Taking

========================

ERNSO LOUIS (2) , DOB:
11/27/85; Prisoner No. 76133-
004; Language: Creole
aka
McKinley
      defendant
   [term  10/14/05]

Pending Counts:

   NONE

Certified to be a true and
correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _Elizabeth Prestice_
Deputy Clerk
Date _10/14/05_

Docket as of October 14, 2005 12:00 am                        Page 1

Proceedings include all events.
1:05M 3293     USA v. Louis, et al.                                    CLOSED
                                                                              INTERP

Terminated Counts:

  NONE

Complaints                              Disposition

Warrant/Indictment from the
District Of Columbia - Hostage
Taking

U. S. Attorneys:

  NONE

--------------------------------

10/04/05 ---          ARREST of Yves Jean Louis, Ernso Louis (ea)
                      [Entry date 10/13/05]

10/11/05    1         REPORT Commencing Criminal Action as to Yves Jean Louis
                      DOB: 11/13/76;  Prisoner # 76132-004 (ea)
                      [Entry date 10/13/05]

10/11/05    2         REPORT Commencing Criminal Action as to Ernso Louis  DOB:
                      11/27/85;  Prisoner # 76133-004 (ea) [Entry date 10/13/05]

10/11/05    3         Copy of Warrant and Indictment from the District of
                      Columbia as to Yves Jean Louis, Ernso Louis (ea)
                      [Entry date 10/13/05]

10/11/05    4         ORDER on Initial Appearance as to Yves Jean Louis,
                      Appointment of Public Defender  Detention hearing set for
                      10:00 10/14/05 for Yves Jean Louis ; Removal hearing set
                      for 10:00 10/14/05 for Yves Jean Louis ;   before Duty
                      Magistrate, ,  ( Signed by Magistrate Judge Patrick A.
                      White  on 10/11/05)  Tape # 05B-40-641 & 1960 CCAP (ea)
                      [Entry date 10/13/05]

10/11/05    5         ORDER on Initial Appearance as to Ernso Louis; White & Case
                      LLP (Faith Gay) appointed as counsel; Detention hearing set
                      for 10:00 10/14/05 for Ernso Louis ; Removal hearing set
                      for 10:00 10/14/05 for Ernso Louis ; before Duty
                      Magistrate, ,  ( Signed by Magistrate Judge A. White on
                      10/11/05) Tape # 05B40-641 & 1960 CCAP (ea)
                      [Entry date 10/13/05]

10/11/05    6         INTERPRETER required for Yves Jean Louis, Ernso Louis
                      Language: Creole (ea) [Entry date 10/13/05]

10/12/05    7         DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL by
                      Yves Jean Louis (ea) [Entry date 10/14/05]

Proceedings include all events.
1:05M 3293      USA v. Louis, et al.                              CLOSED
                                                                        INTERP


10/12/05   8        MOTION by Ernso Louis for Faith E. Gay to withdraw as
                    attorney (ea) [Entry date 10/14/05]

10/12/05   9        ORDER as to Ernso Louis  granting [8-1] motion for Faith E.
                    Gay to withdraw as attorney (Signed by Magistrate Judge
                    Patrick A. White on 10/12/05) [EOD Date: 10/14/05] CCAP (ea)
                    [Entry date 10/14/05]

10/14/05   10       WAIVER of Removal Hearing by Yves Jean Louis (Signed by
                    Magistrate Judge Patrick A. White on 10/14/05) [EOD Date:
                    10/14/05] (ea) [Entry date 10/14/05]

10/14/05   11       STIPULATED ORDER OF DETENTION as to Yves Jean Louis (Signed
                    by Magistrate Judge Patrick A. White on 10/14/05) Tape #
                    05B-43-1381 CCAP (ea) [Entry date 10/14/05]

10/14/05   12       WARRANT of Removal to the District of Columbia issued as to
                    Yves Jean Louis . Warrant issued by Magistrate Judge Patrick
                    A. White (ea) [Entry date 10/14/05] [Edit date 10/14/05]

10/14/05   13       WAIVER of Removal Hearing by Ernso Louis ( Signed by
                    Magistrate Judge Patrick A. White on 10/14/05) [EOD Date:
                    10/14/05] (ea) [Entry date 10/14/05]

10/14/05   14       STIPULATED ORDER OF DETENTION as to Ernso Louis ( Signed by
                    Magistrate Judge Patrick A. White on 10/14/05) CCAP  Tape
                    No. 43-1381 (ea) [Entry date 10/14/05]

10/14/05   15       WARRANT OF REMOVAL to the District of Columbia issued as to
                    Ernso Louis . Warrant issued by Magistrate Judge Patrick A.
                    White (ea) [Entry date 10/14/05] [Edit date 10/14/05]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 05-3293-WHITE

UNITED STATES OF AMERICA,

v.                    #76132-004    **WARRANT OF REMOVAL**
YVES JEAN LOUIS
—————————————————— CR05-376-01,02-JDB

A(n) _____ Complaint

___X___ Indictment _____ Information

having been filed in the_____ District of COLUMBIA

Division_____ charging the above named defendant with

_HOSTAGE TAKING_____ and the defendant having

_____ surrendered

___X___ been arrested

in the Southern District of Florida, having had an initial
appearance before the Court and having:

_____ waived further hearing

_____ been given a hearing in
accordance with **Fed.R.Crim.P.
R.40**

having not posted the bail as set by the Court, the defendant is
hereby committed to the custody of the United States Marshal for
removal to the District where the charge is pending and delivery
to the United States Marshal for that District or his lawfully
authorized representative.

**DONE AND ORDERED** at Miami, Florida this 14th _____ day
of _____OCTOBER_____, 2005.

TAPE NO. 05B- 43-181

_____
UNITED STATES MAGISTRATE JUDGE
c:Csl & AUSA, USM, PTS    PATRICK A. WHITE



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 05-3293-WHITE

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

*ERNSO LOUIS*

        Defendant.

_____/

**STIPULATED ORDER OF DETENTION**

CR05-376-01,02-JDB

**THIS CAUSE** came before the Court and pursuant to proceedings held, it is thereupon

**ORDERED AND ADJUDGED** That the above named Defendant is hereby Ordered Pretrial Detained pursuant to the **Stipulation** of the parties. The Defendant reserves the right to have a Pretrial Detention Hearing upon his/her request.

**DONE AND ORDERED** at Miami, Florida this _14_ day of _October_, 2005.

TAPE NO:05B- 43-1381

_____
**PATRICK A. WHITE**
**UNITED STATES MAGISTRATE JUDGE**

c:    AUSA
       Defense Counsel
       Pretrial Services
       U.S. Marshal

FILED by MAG. SEC.
OCT 14 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 05-3293-WHTE

UNITED STATES OF AMERICA,

vs.                                    **WAIVER OF REMOVAL HEARING**

_ERNSO Lous_ /                          CR05-376-01, 02-JDB

I, _ERNSO LOUS_ , Charged in a proceeding pending in the

_DIST OF Columbia_ and having been arrested in the

Southern District of Florida and taken before **PATRICK A. WHITE** , a

United States Magistrate Judge for that district, who informed me

of the charge and of my right to retain counsel or request the

assignment of counsel if I am unable to retain counsel, and to have

a hearing or execute a waiver thereof, do hereby waive a hearing

before the aforementioned magistrate and consent to the issuance of

a warrant/order for my removal to _Dist. of Columbia_ ,

where the aforesaid charge is pending against me.

**DONE** and **ORDERED** at Miami, Florida this _14_ day of _October_,
2005.

Witness.

_signature_                             _X ERNSO Lous_
_____                 Signature of Defendant
**PATRICK A. WHITE**
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 05-3293-WHITE

UNITED STATES OF AMERICA,

v.                    #76133-004    **WARRANT OF REMOVAL**
ERNSO LOUIS

CR05-376-01,02- JDB

                    A(n) _____ Complaint

                    __X__ Indictment _____ Information

having been filed in the_____ District of __COLUMBIA__

Division_____ charging the above named defendant with

__HOSTAGE TAKING_____ and the defendant having

                    _____ surrendered

                    __X__ been arrested

in the Southern District of Florida, having had an initial
appearance before the Court and having:

                    _____ waived further hearing

                    _____ been given a hearing in
                            accordance with **Fed.R.Crim.P.
                            R.40**

having not posted the bail as set by the Court, the defendant is
hereby committed to the custody of the United States Marshal for
removal to the District where the charge is pending and delivery
to the United States Marshal for that District or his lawfully
authorized representative.

        **DONE AND ORDERED** at Miami, Florida this 14[TH]_____ day
of _____OCTOBER_____, 2005.

TAPE NO. 05B-43-1381

                        _____
                        UNITED STATES MAGISTRATE JUDGE
c:Csl & AUSA, USM, PTS      PATRICK A. WHITE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 05-3293-WHITE



UNITED STATES OF AMERICA,

       Plaintiff,

**STIPULATED ORDER OF DETENTION**

vs.

YVES JEAN LOUIS

**CR 05-376-01, 02-JDB**

       Defendant.

_____/

    **THIS CAUSE** came before the Court and pursuant to proceedings held, it is thereupon

    **ORDERED AND ADJUDGED** That the above named Defendant is hereby Ordered Pretrial Detained pursuant to the **Stipulation** of the parties.  The Defendant reserves the right to have a Pretrial Detention Hearing upon his/her request.

    **DONE AND ORDERED** at Miami, Florida this ___14___ day of _October__, 2005.

TAPE NO: 05B-43-1381

                  **PATRICK A. WHITE**
                  **UNITED STATES MAGISTRATE JUDGE**

c:    AUSA
      Defense Counsel
      Pretrial Services
      U.S. Marshal



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _05-3293 WHite_

FILED BY
MAG. SEC.
OCT 14 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI
D.C.

UNITED STATES OF AMERICA,

vs.

**WAIVER OF REMOVAL HEARING**

_Yves Jean Louis_

**CR05-376-01,02-JDB**

I, _Yves Jean Louis_ , Charged in a proceeding pending in the
_District of Columbia_ and having been arrested in the
Southern District of Florida and taken before **PATRICK A. WHITE** , a
United States Magistrate Judge for that district, who informed me
of the charge and of my right to retain counsel or request the
assignment of counsel if I am unable to retain counsel, and to have
a hearing or execute a waiver thereof, do hereby waive a hearing
before the aforementioned magistrate and consent to the issuance of
a warrant/order for my removal to _District of Columbia_        ,
where the aforesaid charge  is pending against me.

**DONE** and **ORDERED** at Miami, Florida this _14th_ day of _October_,
2005.

Witness.

_____
**PATRICK A. WHITE**
UNITED STATES MAGISTRATE JUDGE

* _Yves Jean Louis_
_____
Signature of Defendant

Witness

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  05-3293-White

*CR05-376-01,02-JDB*

UNITED STATES OF AMERICA

                      Plaintiff,

v.

ERNSO LOUIS

                      Defendant.

_____/



FILED by ____ D.C.
MAG. SEC.

OCT 1 2 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.    MIAMI

## ORDER ON MOTION TO WITHDRAW AS COUNSEL

THIS CAUSE having come before the Court on Faith E. Gay's Motion to Withdraw as

Counsel for the Defendant, and the Court having reviewed the Motion, the Court file, and having

been fully advised in the premises, it is hereby

ORDERED AND ADJUDGED:

That said Motion be and the same is hereby GRANTED.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida this _____ day

of _October_ 2005.

_____
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE

Copies Furnished to:

Faith E. Gay, Esquire
Diane DeRosa, AUSA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY _____ D.C.

2005 OCT 12 PM 3: 02

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

CASE NO. 05-3293-White

UNITED STATES OF AMERICA

Plaintiff,

CR 05-376-01, 02-JDB

v.

ERNSO LOUIS,

Defendant.

_____/

### MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel, Faith E. Gay, hereby files the instant Motion to Withdraw as Counsel in the above-captioned matter and in support states as follows:

1.    On October 11, 2005, the Court appointed undersigned as counsel for Defendant Ernso Louis pursuant to the Criminal Justice Act.

2.    Mr. Louis has a detention hearing and a removal hearing scheduled for October 14, 2005 at 10:00 a.m.

3.    Undersigned counsel has been out of the Southern District since October 10, 2005, is currently in New York, NY on a business related matter and is not scheduled to return to the Southern District until after the currently scheduled detention and removal hearings for Mr. Louis.

4.    Thus, undersigned counsel is unable to appear at the detention and removal hearings. Moreover, undersigned counsel has not had an opportunity to speak with Mr. Louis, and will not have had any opportunity to speak with him prior to the hearings.



5. Undersigned counsel does not want to cause any delay with regard to the detention and removal hearing for Mr. Louis.

6. Thus, undersigned counsel requests that the Court permit her to withdraw as counsel and appoint another attorney to represent Mr. Louis.

7. This motion is made in good faith and not for the purposes of delay.

8. Undersigned has conferred with AUSA Diane DeRosa, who has represented that the Government is not opposed to the instant motion.

WHEREFORE, undersigned counsel respectfully requests that the Court grant the instant Motion to Withdraw as Counsel.

Respectfully submitted,

WHITE & CASE LLP
Attorneys for Ernso Louis
200 South Biscayne Boulevard
Suite 4900
Miami, Florida 33131-2352
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
e-mail: fgay@whitecase.com

By: _____
Faith E. Gay
Florida Bar No. 129593

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via

U.S. Mail this 12th day of October, 2005 to: Diane DeRosa, AUSA, Office of the United States

Attorney, 99 N.E. Fourth Street, Miami, FL 33132.

By: _____

Angela Daker
Florida Bar No. 681571

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 05-3293-White

UNITED STATES OF AMERICA,

        Plaintiff,

v.

YVES JEAN LOUIS,

        Defendant.

_____/

NIGHT BOX
FILED

OCT 12 200

CLARENCE MADDOX

CR 05-376-01, 02 - JDB

### DEFENDANT'S INVOCATION OF
### RIGHT TO SILENCE AND COUNSEL

The defendant named above does hereby invoke his rights to remain silent and to

counsel with respect to any and all questioning or interrogation, regardless of the subject

matter, including, but not limited to, matters that may bear on or relate to arrest, searches and

seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures,

or that may be relevant to sentencing, enhanced punishments, factors applicable under the

U. S. Sentencing Guidelines, restitution, immigration status or consequences resulting from

arrest or conviction, appeals or other post-trial proceedings.

The defendant requests that the U. S. Attorney ensure that this invocation of rights is

honored, by forwarding a copy of it to all law enforcement agents, government officials, or

employees associated with the investigation of any matters relating to the defendant. Any

contact with the defendant must be made through the defendant's lawyer, undersigned

counsel.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

BY: _____

Vincent P. Farina
Assistant Federal Public Defender
Florida Bar No. 0784370
150 West Flagler Street
Suite 1700
Miami, Florida 33130-1555
Tel: 305-530-7000
Fax: 305-536-4559
E-Mail Address: Vincent_Farina@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has

been served via U.S. Mail upon the United States Attorney's Office, 99 N. E. 4th Street,

Miami, Florida 33132-2111, this _12_ day of September, 2005.

_____
Vincent P. Farina

K:\FarinaV\Farina Cases\Mag Court\Louis - 10-12-05\SILENCE.MOT

2

## FAXBACK SERVICE LIST

United States Attorney's Office
99 N.E. Fourth Street
Miami, Florida 33132-2111

305/530-7976


Vincent P. Farina, AFPD
Federal Public Defender's Office
150 West Flagler Street
Suite 1700
Miami, Florida 33130

305/536-4559

3

CASE NUMBER _05-3293-White_

_CR 05-376-01, 02- JDB_

INTERPRETER REQUIRED IN CASE



FOREIGN LANGUAGE __CREOLE__

DEFENDANT(S) __YVES LOUIS__

__ERNSO LOUIS__



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 05-3293-White

UNITED STATES OF AMERICA

      Plaintiff,

v.

ERNSO LOUIS

CR 05-376-01,02-JDB

FILED by _____ D.C.
MAG. SEC.
OCT 11 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

**DOB:11/27/85**   **#76133-004**

      Defendant.

_____/

### ORDER ON INITIAL APPEARANCE

AUSA_____

Agent FBI_____

Language CREOLE

Tape No. 05B- 40-041 & 1960

    The above-named defendant having been arrested on 10/04/05 _____ having appeared before the court for initial appearance on    10/11/05 _____and proceedings having been held in accordance with **Fed.R.Cr.P.  r. 5 or 40(a)**, it is thereupon
    **ORDERED** as follows:

1. _____ appeared as permanent/temporary counsel of record.
    Address:_____
    Zip Code:_____ Telephone:_____

2. White & Case LLP (Faith Gay) appointed as permanent counsel of record.
    Address: 200 South Biscayne Blvd, Suite 4900 Miami
    Zip Code: 33131  Telephone: (305)371-2700

3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 a.m. on
_____, 2005.

4. Arraignment/Preliminary/Removal/Identity hearing is set for 10am 10/14 , 2005.

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because Risk of flight & Danger to the Community
A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for 10am 10/14 , 2005.

6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:
_____
_____

    This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
___a. Surrender all passports and travel document to the Pretrial Services Office.
___b. Report to Pretrial Services as follows:___times a week by phone, ___time a week in person; other: _____
___c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.

## ERNSO LOUIS

___d. Maintain or actively seek full time gainful employment.

___e. Maintain or begin an educational program.

___f. Avoid all contact with victims of or witnesses to the crimes charged.

___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.

___h. Comply with the following curfew: _____

___i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.

___j. Comply with the following additional special conditions of this bond:

_____

_____

This bond was set: At Arrest _____

On Warrant _____

After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____

_____

_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at Miami, Florida  this  11TH  day of  OCTOBER , 2005.

PATRICK A. WHITE
**UNITED STATES MAGISTRATE JUDGE**

c: Assistant U.S. Attorney
  U.S. Marshal
  Defense Counsel
  Pretrial Services

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. $05\text{-}3293\text{-}White$

UNITED STATES OF AMERICA

CR 05-376-01,02-JDB

Plaintiff,

v.

YVES LOUIS

FILED BY MAG. SEC. _____ D.C.

OCT 11 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

**DOB:11/13/76    #76132-004**

Defendant.
_____/

AUSA _Ben Daniel_

Agent _FBI_

### ORDER ON INITIAL APPEARANCE

Language _CREOLE_

Tape No. 05B- _40-641 & 1960_

The above-named defendant having been arrested on _10/04/05_ having appeared before the court for initial appearance on _10/11/05_ and proceedings having been held in accordance with **Fed.R.Cr.P. r. 5 or 40(a)**, it is thereupon **ORDERED** as follows:

1. _____ appeared as permanent/temporary counsel of record.
   Address:_____
   Zip Code:_____ Telephone: _____
2. _AFPD_ appointed as permanent counsel of record.
   Address:_____
   Zip Code:_____ Telephone: _____
3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 a.m. on
   _____, 2005.
4. Arraignment/Preliminary/Removal/Identity hearing is set for 10am _10/14_, 2005.
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _Risk of flight & danger to the Community._
   A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for _10am_ _10/14_, 2005.
6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:

_____

_____

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

___a. Surrender all passports and travel document to the Pretrial Services Office.

___b. Report to Pretrial Services as follows:___times a week by phone, ___time a week in person; other: _____

___c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.

<u>YVES LOUIS</u>

___d. Maintain or actively seek full time gainful employment.
___e. Maintain or begin an educational program.
___f. Avoid all contact with victims of or witnesses to the crimes charged.
___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___h. Comply with the following curfew: _____
___i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
___j. Comply with the following additional special conditions of this bond:

_____
_____

This bond was set: At Arrest _____
                   On Warrant _____
                   After Hearing _____

    If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____
_____
_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forthherein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

    **DONE AND ORDERED** at <u>Miami, Florida</u> this <u>11TH</u> day of <u>OCTOBER</u>, 2005.

_____
**PATRICK A. WHITE**
**UNITED STATES MAGISTRATE JUDGE**

c: Assistant U.S. Attorney
   U.S. Marshal
   Defense Counsel
   Pretrial Services

AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CR 05-376-01,02- JDB

UNITED STATES OF AMERICA
    v.

INVESTIGATIVE COPY ONLY   05-3293-White

YVES JEAN LOUIS   ORIGINAL ON FILE WITH   **WARRANT FOR ARREST**
DOB: 11/13/1976   US MARSHAL   RM
POB: GHANTIER, HAITI   _____   CASE NUMBER: - 0 5 2 8 M - 0 1 .

To:    The United States Marshal
       and any Authorized United States Officer

    YOU ARE HEREBY COMMANDED to arrest _____ YVES JEAN LOUIS _____
                                                         Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

□ Indictment    □ Information    ☒ Complaint    □ Order of Court    □ Violation Notice    □ Probation Violation Petition

charging him or her with (brief description of offense)

HOSTAGE TAKING

FILED by _____ D.C.
MAG. SEC.

OCT 11 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.   MIAMI

in violation of Title _18_, United States Code, Section(s) _1203_ .

DEBORAH A. ROBINSON   U.S. MAGISTRATE JUDGE

_____   MAGISTRATE JUDGE
Name of Issuing Officer   Title of Issuing Officer   District of Columbia

_____   OCT 07 2005
Signature of Issuing Officer   Date and Location

Bail fixed at $ _____   by _____
                                                      Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |



AO442(Rev. 42/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                        CR 05-376-01,02-JDB

ERNSO LOUIS
also known McKinley
DOB: 11/27/1985
POB: GHANTIER, HAITI                      WARRANT FOR ARREST

*INVESTIGATIVE COPY ONLY ORIGINAL ON FILE WITH US MARSHAL RM*

CASE NUMBER 05 - 0 5 2 7 M - 01 .

To:     The United States Marshal
        and any Authorized United States Officer

        YOU ARE HEREBY COMMANDED to arrest   ERNSO LOUIS
                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

HOSTAGE TAKING

in violation of Title 18 United States Code, Section(s) 1203 .

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

*Deborah A. Robinson*
Signature of Issuing Officer

OCT 07 2005          District of Columbia
Date and Location

Bail fixed at $ _____    by _____
                                        Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 4, 2005

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO.: **0 5 - 3 7 6** |
| | : | |
| v. | : | **GRAND JURY ORIGINAL** |
| | : | 05-3293-White |
| | : | VIOLATIONS: |
| YVES JEAN LOUIS, | : | |
| | : | 18 U.S.C. § 1203(a) and 2 |
| and | : | (Hostage Taking and Aiding and Abetting |
| | : | and Causing an Act to be Done) |
| ERNSO LOUIS, | : | |
| also known as McKinley, | : | |
| | : | |
| Defendants. | : | |

**BATES, J.JDB**



OCT 07 2005

## INDICTMENT

The Grand Jury Charges that:

## COUNT ONE

At all times material to this Indictment, except as otherwise indicated:

### A. The Defendants

1. Defendant **YVES JEAN LOUIS** is a citizen of the Republic of Haiti.

2. Defendant **ERNSO LOUIS**, also known as McKinley, is a citizen the Republic of Haiti.

### B. Victim of the September 2005 Hostage Taking

3. The child victim is a United States national and citizen.

### C. Jurisdiction and Venue

4. All events alleged in this Indictment took place within the Republic of Haiti, in the

extraterritorial jurisdiction of the United States, and, pursuant to Title 18, United States Code,

United States District Court
For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk

By _____
Deputy Clerk

Section 3238, within the venue of the United States District Court for the District of Columbia.

### D. The Offense

5. From on or about September 26, 2005, and continuing thereafter to on or about October 4, 2005, **YVES JEAN LOUIS** and **ERNSO LOUIS**, also know as McKinley, together with others whose identities are known and unknown to the Grand Jury, did knowingly and intentionally seize and detain and continue to detain a child victim, in order to compel a third person to do an act, namely, to pay ransom, as an explicit and implicit condition for the release of the child victim, a United States national.

(**Hostage Taking and Aiding and Abetting and Causing an Act to be Done**, in violation of Title 18, United States Code, Sections 1203(a) and 2)

A TRUE BILL:

FOREPERSON

Kenetz L. Wainster / JB
Attorney of the United States in
and for the District of Columbia

2




# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CR05-376-01.02-JDB

**UNITED STATES OF AMERICA**
Plaintiff

-vs

_Louis, Esnso_
Defendant

**CASE NUMBER:** CR: 05-3393-WHITE

**REPORT COMMENCING CRIMINAL ACTION**

76133-004
**USMS NUMBER**

FILED by
MAG. SEC.
OCT 11 2005
CLARENCE MAD
CLERK U.S.
S.D. OF FLA.
D.C.
CT.
MIAMI

TO: CLERK'S OFFICE    (MIAMI)    FT. LAUDERDALE    W. PALM BEACH
U.S. DISTRICT COURT    (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARNACE IN MAGISTRATES COURT ABOVE.

COMPLETE ALL ITEMS.  INFORMAION NOT APPLIOCABLE ENTER  N/A.

(1) **DATE AND TIME OF ARREST:** 10-4-05    5:00 A M _____ P M X

(2) **LANGUAGE SPOKEN:** _Creole_

(3) **OFFENSE (S) CHARGED:** _Hostage Taking_

(4) **DATE OF BIRTH:** 11-27-85

(5) **TYPE OF CHARGING DOCUMENT:**    (CHECK ONE)
{  } INDICTMENT    { X } COMPLAINT TO BE FILED/ALREADY FILED
{  } BENCH WARRANT FOR FAILURE TO APPEAR
{  } PROBATION VIOLATION WARRANT
{  } PAROLE VIOLATION WARRANT
**ORINGINATING DISTRICT:** _____

(6) **REMARKS:** _____

(7) **DATE :** _____    ( 8) **ARRESTING OFFICER:** _____

(9) **AGENCY:** _____    (10) **PHONE:** _____

(11) **COMMENTS:** _____




# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

*CR 05-376-01,02-JDB*

**UNITED STATES OF AMERICA**
Plaintiff

–vs

*Louis, Yves*
_____
Defendant

**CASE NUMBER:** CR: *05-3293-WHITE*

**REPORT COMMENCING CRIMINAL ACTION**

*76132-009*
**USMS NUMBER**

---

**TO: CLERK'S OFFICE** (MIAMI)   **FT. LAUDERDALE**   **W. PALM BEACH**
**U.S. DISTRICT COURT**   (CIRCLE ONE)

FILED BY ___ MG. SEC. ___ D.C.
OCT 11 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. DIST. CT.
MIAMI

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARNACE IN MAGISTRATES COURT ABOVE.

---

COMPLETE ALL ITEMS.  INFORMAION NOT APPLIOCABLE ENTER   N/A.

(1) **DATE AND TIME OF ARREST:**  *10-4-05      5:00*   A M _____   P M  *X*

(2) **LANGUAGE SPOKEN:**  *Creole*

(3) **OFFENSE (S) CHARGED:**  *Hostage Taking*

---

(4) **DATE OF BIRTH:**  *11-13-26*

(5) **TYPE OF CHARGING DOCUMENT:**      (CHECK ONE)
   {  } INDICTMENT      { X } COMPLAINT TO BE FILED/ALREADY FILED
   {  } BENCH WARRANT FOR FAILURE TO APPEAR
   {  } PROBATION VIOLATION WARRANT
   {  } PAROLE VIOLATION WARRANT
   **ORINGINATING DISTRICT:** _____

(6) **REMARKS:** _____

(7) **DATE :** _____ ( 8) **ARRESTING OFFICER:** _____

(9) **AGENCY:** _____ (10) **PHONE:** _____

(11) **COMMENTS:** _____