UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-376(JDB) |
| | : | |
| v. | : | |
| | : | |
| Yves Jean Louis and Ernso Louis | : | |
| | : | |
| Defendants. | | |

NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is assigned to Assistant United States Attorney Jeanne M. Hauch and Trial Attorney Thomas P. Swanton, and this is notice of their appearance in this matter on behalf of the United States. Assistant United States Attorney John A. Beasley is no longer assigned to this matter.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
Jeanne M. Hauch
ASSISTANT UNITED STATES ATTORNEY
Bar No. 426585
555 4th Street, N.W., Room 11-907
Washington, DC 20530
(202) 514-5776
Jeanne.M.Hauch@usdoj.gov

_____
Thomas P. Swanton
TRIAL ATTORNEY
Bar No. 462144
Counterterrorism Section, Criminal Division
U.S. Department of Justice
10th & Constitution Ave., N.W.
Washington, DC 20530
(202) 514-0849
Thomas.Swanton@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was served by US Mail and electronically on counsel for the defendant, Carlos Vanegas, Esq., Federal Public Defender for the District of Columbia, 625 Indiana Avenue, N.W., Suite 550, Washington, D.C. 20004, Fax: 202-208-7515, and Elita C. Amato, Esq., 1211 Connecticut Avenue, NW, #400, Washington, D.C. 20036 on this 27th day of October, 2005.

      _____
      Jeanne M. Hauch
      ASSISTANT UNITED STATES ATTORNEY