AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

YVES JEAN LOUIS

**WARRANT FOR ARREST**

FILED
OCT 2 5 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 05-0528M-01

05-376

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __YVES JEAN LOUIS__
                                         Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

HOSTAGE TAKING

in violation of Title __18__ United States Code, Section(s) __1203__ .

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

Title of Issuing Officer

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE
District of Columbia

OCT 07 2005
Date and Location

Bail fixed at $ __HWOPB__   by __[signature]__
                                  Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED  10-07-2005 | NAME AND TITLE OF ~~ARRESTING~~ OFFICER  Reporting  Fitzgerald, Derrick  Deputy U.S. Marshal | SIGNATURE OF ~~ARRESTING~~ OFFICER  Reporting  _[signature]_ |
|---|---|---|
| DATE OF ARREST  10-25-2005 | | |

9