UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 2 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

Yves Jean Louis

Registration No.

CRIMINAL NO: 05-376-1

DETENTION AND WRITTEN
HEARING WAIVED (for record)
FINDINGS the record

**ORDER**

It is hereby ordered that the Defendant _____ Yves Jean Louis

be committed to the custody of the Attorney General or a designated representative for

confinement in the corrections facility separate, to the extent practical, apart from persons

awaiting or serving sentences or being held in custody pending appeal. Defendant shall be

afforded a reasonable opportunity for private consultation with defense counsel. Upon order of a

Court of the United States of America or at the request of the United States Attorney for the

Government, the person in charge of the corrections facility shall deliver the Defendant to the

United States Marshal for the purposes of an appearance in connection with a court proceeding.

**SO ORDERED**, this 27th day of October, 2005.

DEBORAH A. ROBINSON
United States Magistrate Judge