UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | : |
| | : |
| | :   Cr. No.: 05-376 (JDB) |
| | : |
| **YVES JEAN LOUIS, and** | : |
| | : |
| **ERNSO LOUIS, AKA,** | : |
|    McKinley | : |
| | : |
|          **Defendants.** | : |

### GOVERNMENT'S MOTION TO COMPEL DEFENDANTS TO SUBMIT BLOOD, SALIVA, AND HAIR SAMPLES AND FOR MAJOR CASE FINGERPRINTS

    The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby requests and Order compelling defendants Yves Jean Louis and Ernso Louis to submit blood, saliva, and hair samples, and states as follows:

    1. Defendants are charged by Indictment with one count of Hostage Taking, in violation of 18 U.S.C. Section 1203, in connection with their abduction and holding for ransom of a nine-year-old girl in Haiti from September 26, 2005 until her rescue on October 4, 2005. During the abduction, defendants and their coconspirators wore face masks, one of them carried a real-looking imitation handgun and others carried machetes, they used cords to bind the hands of the parents of the child, and some wore gloves.

    2. After the incident, a face mask was located at the perimeter of the girl's home from which she had been abducted. Ropes were recovered after having been cut from the wrists of the

parents.  A machete was located on the property which had not been there prior to the crime. After the girl was rescued, the location where she had been held and where defendant Ernso Louis was found, was searched.  A real-looking imitation handgun and a glove were found there. The face mask, the cords, the machete, the imitation handgun and the glove are all presently in the custody of the Federal Bureau of Investigation ("FBI").

      3.  The government suggests there is probable cause to believe that samples of blood, saliva, and hair, and major case fingerprints (including prints of palms and sides of fingers) would produce evidence that the defendants are indeed the individuals who abducted and held hostage the girl.  We seek to have the defendants submit to the taking of a blood sample, saliva sample, and pulled head or other hair samples and major case fingerprints (including prints of palms and sides of fingers) so that scientific comparisons may be made with the evidence gathered from the face mask, the cords, the machete, the imitation firearm and the glove.  *See* Schmerber v. California, 384 U.S. 757 (1966).  The laboratory of the FBI requires that known samples, meaning samples taken from the suspects, be submitted with questioned samples, meaning items that may be compared to the known samples, because that is the most efficient way for the laboratory to perform the tests, and the laboratory is overburdened and the tests are costly.

      4.  The DNA testing and comparison that the government wishes to conduct will take several weeks to complete.  The defendants are held without bond, they are entitled to a speedy trial, and the government wishes to address this matter as soon as possible.  The government is therefore requesting that the Court consider this request at the earliest practicable time.

WHEREFORE, the government requests that the Court issue an Order, compelling the defendants Yves Jean Louis and Ernso Louis to submit to procedures for the proper collection of samples of blood, saliva and hair and major case fingerprints (including prints of palms and sides of fingers).

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

By:_____
JEANNE M. HAUCH
Assistant United States Attorney
National Security Section
D.C. Bar #426585
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-5776

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by US Mail and electronically on counsel for the defendant, Carlos Vanegas, Esq., Federal Public Defender for the District of Columbia, 625 Indiana Avenue, N.W., Suite 550, Washington, D.C. 20004, Fax: 202-208-7515, and Elita C. Amato, Esq., 1211 Connecticut Avenue, N.W., Suite 400, Washington, D.C. 20036 on this ___ day of November, 2005.

_____
JEANNE M. HAUCH
Assistant United States Attorney