```
                        IN THE
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
                        * * *
```

**UNITED STATES OF AMERICA** )
　　　　　　　　　　　　　　　　　)
　　　　　**Plaintiff;**　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　v.　　　　　　　　　　　) CR NO 05-0376 (JDB)
　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
**YVES LOUIS,**　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　**Defendant.**　　　　　)

## NOTICE OF ASSIGNMENT

The above-captioned case has been assigned to Assistant Federal Public Defender Lara Quint, who will act as co-counsel to Assistant Federal Public Defender Carlos Vanegas, whose appearance has previously been entered. Please send copies of all notices and inquiries to these attorneys at the address listed.

　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　A.J. KRAMER
　　　　　　　　　　　　　　FEDERAL PUBLIC DEFENDER

　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　Lara G. Quint
　　　　　　　　　　　　　　Assistant Federal Public Defender
　　　　　　　　　　　　　　625 Indiana Avenue, N.W., Suite 550
　　　　　　　　　　　　　　Washington, D.C.  20004
　　　　　　　　　　　　　　(202) 208-7500

## CERTIFICATE OF SERVICE

　　　I certify that a copy of the foregoing instrument was served this 16th day of November, 2004, upon Jeanne Marie Hauch, Esq., Office of the United States Attorney for the District of Columbia, 555 Fourth Street, N.W., Washington, D.C.  20530.

　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　By:_____
_____　Lara G. Quint