UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

NOV 17 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,      :
                               :
v.                             :
                               :
                               :  Cr. No.: 05-376 (JDB)
                               :
                               :
YVES JEAN LOUIS, and           :
                               :
ERNSO LOUIS, AKA,              :
   McKinley                    :
                               :
         Defendants.            :

## O R D E R

Upon motion of the United States of America in the above-captioned case, for an Order of the Court requiring the defendants, YVES JEAN LOUIS and ERNSO LOUIS, each to submit to the taking of a blood sample, a saliva sample, and pulled head and other hair samples and major case fingerprints (including prints of palms and sides of fingers) from his person, and the Court having considered the representations in support of the motion and the opinion of the Supreme Court in *Schmerber v. California*, 384 U.S. 757 (1966), and the Court having found probable cause to believe that the blood sample, saliva sample and pulled hair samples and major case fingerprints (including prints of palms and sides of fingers) will produce evidence of the defendants' involvement in the crime charged, it is by the Court this __17th__ day of November, 2005;

ORDERED, that the defendants, YVES JEAN LOUIS and ERNSO LOUIS, each submit to the taking of blood, saliva and pulled hair samples and major case fingerprints (including prints of palms and sides of fingers) from his person and it is further

ORDERED, that the said blood sample be taken in accordance with accepted medical practice by a licensed physician or someone under the direct supervision of a licensed physician within the confines of a hospital or medical clinic regularly operated or licensed by the District of Columbia, and that said blood, saliva and hair samples and major case fingerprints (including prints of palms and sides of fingers) be taken in the presence of and turned over to a Special Agent of the Federal Bureau of Investigation.

_____
UNITED STATES DISTRICT JUDGE

cc:   AUSA Jeanne M. Hauch
      U.S. Attorney's Office
      National Security Section
      555 Fourth Street, N.W., Room 11-909
      Washington, D.C.  20530

      Carlos Vanegas, Esq.
      Federal Public Defender for the District of Columbia
      625 Indiana Avenue, N.W., Suite 550
      Washington, D.C.  20004

      Elita C. Amato, Esq.
      1211 Connecticut Avenue, N.W., Suite 400
      Washington, D.C. 20036