05-376-JDB



CLARENCE MADDOX,
CLERK OF COURT
301 N. Miami Ave
Miami, Florida 33128
305-523-5280

TRANSMITTAL LETTER

TO: UNITED STATES DISTRICT COURT
US District OFFICE OF THE CLERK
Court ~~SUPERIOR COURT~~/DISTRICT OF COLUMBIA, ~~500 INDIANA AVE.~~, NW    333 Constitution Ave.
WASHINGTON, D.C. 20001

RE: USA VS. LOUIS

OUR CASE NUMBER-05-3293-WHITE
YOUR CASE NUMBER-05-0527M-01

FILED
NOV 2 5 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DATE: 11/21/05

========================================================================

The above-mentioned cause has been transferred to your jurisdiction pursuant to
(Rule 40, 18:3653)

Please find enclosed the following documents:

__X__     Original file  Supp 1 18

_____     Certified File (pertinent papers only)

__X__     Magistrate Proceedings

_____     CASH Bond   Amount $_____
(Note: Cash is not included in this transmittal and will
be forwarded at a later date from the Financial SECTION)

Kindly acknowledge receipt of these documents by RECEIVE STAMPING the enclosed copy of this letter.

Yours sincerely

By NANCY J. FLOOD
   Deputy Clerk





CLARENCE MADDOX,
CLERK OF COURT
301 N. Miami Ave
Miami, Florida 33128
305-523-5280

TRANSMITTAL LETTER

TO: UNITED STATES DISTRICT COURT     **333 Constitution Ave.**
US District~~ ~~ OFFICE OF THE CLERK
Court      ~~SUPERIOR COURT~~/DISTRICT OF COLUMBIA, ~~500 INDIANA AVE.~~, NW
WASHINGTON, D.C. 20001

RE: USA VS. LOUIS

OUR CASE NUMBER-05-3293-WHITE
YOUR CASE NUMBER-05-0527M-01

DATE: 11/2/05

=================================================================

The above-mentioned cause has been transferred to your jurisdiction
pursuant to
                    (Rule 40, 18:3653)

Please find enclosed the following documents:

  __X__         Original file  Supp / 18

  _____         Certified File (pertinent papers only)

  __X__         Magistrate Proceedings

  _____         CASH Bond  Amount $_____
          (Note: Cash is not included in this transmittal and will
          be forwarded at a later date from the Financial SECTION)

Kindly acknowledge receipt of these documents by RECEIVE STAMPING
the enclosed copy of this letter.

Yours sincerely

By_NANCY J. FLOOD_____
    Deputy Clerk



```
                                                        CLOSED INTERP
              U.S. District Court
         Southern District of Florida (Miami)

      CRIMINAL DOCKET FOR CASE #: 05-M-3293-ALL
```

USA v. Louis, et al                                    Filed: 10/11/05
Dkt# in other court: None

Case Assigned to:  Magistrate Judge Patrick A. White

YVES JEAN LOUIS (1) , DOB:           Public Defender
11/13/76; Prisoner No. 76132-          [term  10/14/05]
004; Language: Creole                FTS 536-4559
     defendant                       305-530-7000
  [term  10/14/05]                   [COR LD NTC pda]
                                     Federal Public Defender's
                                     Office
                                     150 W Flagler Street
                                     Miami, FL 33130-1556
                                     305-530-7000


Pending Counts:

   NONE


Terminated Counts:

   NONE


Complaints                           Disposition

Warrant/Indictment from the
District Of Columbia - Hostage
Taking


=======================

Certified to be a true and
correct copy of the document on file
Clarence Maddox, Clerk
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 11/21/05

Docket as of November 21, 2005 10:36 am         Page 1   NON-PUBLIC

```
INTERNAL USE ONLY: Proceedings include all events.
1:05m 3293-ALL USA v. Louis, et al                              CLOSED
                                                                     INTERP
Case Assigned to:  Magistrate Judge Patrick A. White

ERNSO LOUIS (2) , DOB:           Hugo A. Rodriguez
11/27/85; Prisoner No. 76133-    FTS 867-6683
004; Language: Creole            [COR LD NTC cja]
aka                              Hugo A. Rodriguez
McKinley                         1210 Washington Avenue
      defendant                  Suite 220
  [term  10/14/05]                Miami Beach, FL 33139
                                 305-373-1200


Pending Counts:

    NONE



Terminated Counts:

    NONE




Complaints                              Disposition

Warrant/Indictment from the
District Of Columbia - Hostage
Taking



U. S. Attorneys:

   NONE
```

```
INTERNAL USE ONLY: Proceedings include all events.
1:05m 3293-ALL USA v. Louis, et al                              CLOSED
                                                                INTERP

10/4/05   --        ARREST of Yves Jean Louis, Ernso Louis (ea)
                    [Entry date 10/13/05]

10/11/05  1         REPORT Commencing Criminal Action as to Yves Jean Louis
                    DOB: 11/13/76;  Prisoner # 76132-004 (ea)
                    [Entry date 10/13/05]

10/11/05  2         REPORT Commencing Criminal Action as to Ernso Louis  DOB:
                    11/27/85;  Prisoner # 76133-004 (ea) [Entry date 10/13/05]

10/11/05  3         Copy of Warrant and Indictment from the District of
                    Columbia as to Yves Jean Louis, Ernso Louis (ea)
                    [Entry date 10/13/05]

10/11/05  4         ORDER on Initial Appearance as to Yves Jean Louis,
                    Appointment of Public Defender  Detention hearing set for
                    10:00 10/14/05 for Yves Jean Louis ; Removal hearing set
                    for 10:00 10/14/05 for Yves Jean Louis ;   before Duty
                    Magistrate, ,   ( Signed by Magistrate Judge Patrick A.
                    White  on 10/11/05)  Tape # 05B-40-641 & 1960 CCAP (ea)
                    [Entry date 10/13/05]

10/11/05  5         ORDER on Initial Appearance as to Ernso Louis; White & Case
                    LLP (Faith Gay) appointed as counsel; Detention hearing set
                    for 10:00 10/14/05 for Ernso Louis ; Removal hearing set
                    for 10:00 10/14/05 for Ernso Louis ; before Duty
                    Magistrate, ,   ( Signed by Magistrate Judge A. White on
                    10/11/05) Tape # 05B40-641 & 1960 CCAP (ea)
                    [Entry date 10/13/05]

10/11/05  6         INTERPRETER required for Yves Jean Louis, Ernso Louis
                    Language: Creole (ea) [Entry date 10/13/05]

10/12/05  7         DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL by
                    Yves Jean Louis (ea) [Entry date 10/14/05]

10/12/05  8         MOTION by Ernso Louis for Faith E. Gay to withdraw as
                    attorney (ea) [Entry date 10/14/05]

10/12/05  9         ORDER as to Ernso Louis  granting [8-1] motion for Faith E.
                    Gay to withdraw as attorney (Signed by Magistrate Judge
                    Patrick A. White on 10/12/05) [EOD Date: 10/14/05] CCAP (ea)
                    [Entry date 10/14/05]

10/14/05  10        WAIVER of Removal Hearing by Yves Jean Louis (Signed by
                    Magistrate Judge Patrick A. White on 10/14/05) [EOD Date:
                    10/14/05] (ea) [Entry date 10/14/05]

10/14/05  11        STIPULATED ORDER OF DETENTION as to Yves Jean Louis (Signed
                    by Magistrate Judge Patrick A. White on 10/14/05) Tape #
                    05B-43-1381 CCAP (ea) [Entry date 10/14/05]



Docket as of November 21, 2005 10:36 am                Page 3   NON-PUBLIC
```

```
INTERNAL USE ONLY: Proceedings include all events.
1:05m 3293-ALL USA v. Louis, et al                                    CLOSED
                                                                      INTERP
10/14/05  12      WARRANT of Removal to the District of Columbia issued as to
                  Yves Jean Louis . Warrant issued by Magistrate Judge Patrick
                  A. White (ea) [Entry date 10/14/05] [Edit date 10/14/05]

10/14/05  13      WAIVER of Removal Hearing by Ernso Louis ( Signed by
                  Magistrate Judge Patrick A. White on 10/14/05) [EOD Date:
                  10/14/05] (ea) [Entry date 10/14/05]

10/14/05  14      STIPULATED ORDER OF DETENTION as to Ernso Louis ( Signed by
                  Magistrate Judge Patrick A. White on 10/14/05) CCAP  Tape
                  No. 43-1381 (ea) [Entry date 10/14/05]

10/14/05  15      WARRANT OF REMOVAL to the District of Columbia issued as to
                  Ernso Louis . Warrant issued by Magistrate Judge Patrick A.
                  White (ea) [Entry date 10/14/05] [Edit date 10/14/05]

10/14/05  --      **Case closed as to all defendants: Ernso Louis, Yves Jean
                  Louis (ea) [Entry date 10/14/05]

10/17/05  16      Transmittal Letter sent  to District of COLUMBIA in case as
                  to Yves Jean Louis, Ernso Louis . Documents Sent: RULE 40
                  (nf) [Entry date 10/17/05]

11/2/05   17      ACKNOWLEDGMENT of receipt as to Yves Jean Louis, Ernso
                  Louis  of: Original File  by: District of Columbia ; Date:
                  10/24/05 ; Other Court Case # 05-0527M-01 (ea)
                  [Entry date 11/08/05]

11/16/05  18      CJA 20 as to Ernso Louis : Appointment of Attorney Hugo A.
                  Rodriguez; Voucher No. FLS 05 1940 (Signed by Magistrate
                  Judge Patrick A. White on 10/11/05) (ea)
                  [Entry date 11/16/05]

11/21/05  19      Transmittal Letter sent  to District of COLUMBIA in case as
                  to Yves Jean Louis, Ernso Louis . Documents Sent: RULE 40
                  SUPP #18 (nf) [Entry date 11/21/05]
```