CO-526
(12/86)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. ) Criminal Case No. 05-376-1
)
YVES JEAN LOUIS )

FILED
DEC 1 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

Yves Jean Louis
Defendant

Counsel for defendant
Carlos J. Vanegas

I consent:

Assistant United States Attorney

Approved:

Judge John D. Bates

Date: December 16, 2005