05-376 (JDB)

 CLARENCE MADDOX,
CLERK OF COURT
301 N. Miami Ave
Miami, Florida 33128
305-523-5280

TRANSMITTAL LETTER

**FILED**

FEB 0 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**TO:**   UNITED STATES DISTRICT COURT
E. BARRETT PRETTYMAN UNITED STATES
    COURT HOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC  20001-2802

**RE:**   U.S.A.  vs. LOUIS, ETAL

OUR CASE NUMBER  05-3293-WHITE
YOUR CASE NUMBER  05-0527M-01

**DATE:**   01/31/06

========================================================

The above-mentioned cause has been transferred to your jurisdiction
pursuant to
                    (Rule 20, 21(b), Rule 40, 18:3653)

Please find enclosed the following documents:

____XX____    Original file  (SUPPL DE#20)

_____    Certified File (pertinent papers only)

_____    Magistrate Proceedings

_____    CASH Bond  Amount $_____
              (Note:  Cash is not included in this transmittal and will
              be forwarded at a later date from the Financial Section)

Kindly acknowledge receipt of these documents by RECEIVE STAMPING
the enclosed copy of this letter.

Yours sincerely

By___COLETTE FARRINGTON_____
        Deputy Clerk

U.S. District Court
FLS - Southern District of Florida Miami

CRIMINAL DOCKET FOR CASE #: 05-M -3293

USA v. Louis, et al.                                      Filed: 10/11/05
Assigned to: Patrick A. White


Dkt # in other court: None


YVES JEAN LOUIS (1) , DOB:           Public Defender
         Prisoner No.                 [term  10/14/05]
    Language: Creole                 FTS 536-4559
    defendant                        305-530-7000
 [term  10/14/05]                    [COR LD NTC pda]
                                     Federal Public Defender's
                                     Office
                                     150 W Flagler Street
                                     Miami, FL 33130-1556
                                     305-530-7000

Pending Counts:

   NONE

Terminated Counts:

   NONE

Complaints                                 Disposition

Warrant/Indictment from the
District Of Columbia - Hostage
Taking

=========================


ERNSO LOUIS (2) , DOB:               Hugo A. Rodriguez
         Prisoner No.                FTS 867-6683
  ; Language: Creole                 [COR LD NTC cja]
aka                                  Hugo A. Rodriguez
McKinley                             1210 Washington Avenue
    defendant                        Suite 220
 [term  10/14/05]                    Miami Beach, FL 33139
                                     305-373-1200

Pending Counts:

   NONE

Docket as of January 31, 2006 9:35 am                      Page 1

Proceedings include all events.
1:05M 3293        USA v. Louis, et al.                              CLOSED
                                                                       INTERP


Terminated Counts:

  NONE

Complaints                         Disposition

Warrant/Indictment from the
District Of Columbia - Hostage
Taking

U. S. Attorneys:

  NONE

-------------------------------


10/04/05 ---            ARREST of Yves Jean Louis, Ernso Louis (ea)
                        [Entry date 10/13/05]


10/11/05    1           REPORT Commencing Criminal Action as to Yves Jean Louis
                        DOB:                    er #              ea)
                        [Entry date 10/13/05]


10/11/05    2           REPORT Commencing Criminal Action as to Ernso Louis  DOB:
                                 Prisoner #              ea) [Entry date 10/13/05]


10/11/05    3           Copy of Warrant and Indictment from the District of
                        Columbia as to Yves Jean Louis, Ernso Louis (ea)
                        [Entry date 10/13/05]


10/11/05    4           ORDER on Initial Appearance as to Yves Jean Louis,
                        Appointment of Public Defender  Detention hearing set for
                        10:00 10/14/05 for Yves Jean Louis ; Removal hearing set
                        for 10:00 10/14/05 for Yves Jean Louis ;   before Duty
                        Magistrate, ,  ( Signed by Magistrate Judge Patrick A.
                        White  on 10/11/05)  Tape # 05B-40-641 & 1960 CCAP (ea)
                        [Entry date 10/13/05]


10/11/05    5           ORDER on Initial Appearance as to Ernso Louis; White & Case
                        LLP (Faith Gay) appointed as counsel; Detention hearing set
                        for 10:00 10/14/05 for Ernso Louis ; Removal hearing set
                        for 10:00 10/14/05 for Ernso Louis ; before Duty
                        Magistrate, ,  ( Signed by Magistrate Judge A. White on
                        10/11/05) Tape # 05B40-641 & 1960 CCAP (ea)
                        [Entry date 10/13/05]


10/11/05    6           INTERPRETER required for Yves Jean Louis, Ernso Louis
                        Language: Creole (ea) [Entry date 10/13/05]


10/12/05    7           DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL by

Docket as of January 31, 2006 9:35 am                          Page 2

Proceedings include all events.
1:05M 3293       USA v. Louis, et al.                          CLOSED
                                                                    INTERP

                    Yves Jean Louis (ea) [Entry date 10/14/05]

10/12/05      8       MOTION by Ernso Louis for Faith E. Gay to withdraw as
                      attorney (ea) [Entry date 10/14/05]

10/12/05      9       ORDER as to Ernso Louis  granting [8-1] motion for Faith E.
                      Gay to withdraw as attorney (Signed by Magistrate Judge
                      Patrick A. White on 10/12/05) [EOD Date: 10/14/05] CCAP (ea)
                      [Entry date 10/14/05]

10/14/05      10      WAIVER of Removal Hearing by Yves Jean Louis (Signed by
                      Magistrate Judge Patrick A. White on 10/14/05) [EOD Date:
                      10/14/05] (ea) [Entry date 10/14/05]

10/14/05      11      STIPULATED ORDER OF DETENTION as to Yves Jean Louis (Signed
                      by Magistrate Judge Patrick A. White on 10/14/05) Tape #
                      05B-43-1381 CCAP (ea) [Entry date 10/14/05]

10/14/05      12      WARRANT of Removal to the District of Columbia issued as to
                      Yves Jean Louis . Warrant issued by Magistrate Judge Patrick
                      A. White (ea) [Entry date 10/14/05] [Edit date 10/14/05]

10/14/05      13      WAIVER of Removal Hearing by Ernso Louis ( Signed by
                      Magistrate Judge Patrick A. White on 10/14/05) [EOD Date:
                      10/14/05] (ea) [Entry date 10/14/05]

10/14/05      14      STIPULATED ORDER OF DETENTION as to Ernso Louis ( Signed by
                      Magistrate Judge Patrick A. White on 10/14/05) CCAP  Tape
                      No. 43-1381 (ea) [Entry date 10/14/05]

10/14/05      15      WARRANT OF REMOVAL to the District of Columbia issued as to
                      Ernso Louis . Warrant issued by Magistrate Judge Patrick A.
                      White (ea) [Entry date 10/14/05] [Edit date 10/14/05]

10/17/05      16      Transmittal Letter sent  to District of COLUMBIA in case as
                      to Yves Jean Louis, Ernso Louis . Documents Sent: RULE 40
                      (nf) [Entry date 10/17/05]

11/02/05      17      ACKNOWLEDGMENT of receipt as to Yves Jean Louis, Ernso
                      Louis  of: Original File  by: District of Columbia ; Date:
                      10/24/05 ; Other Court Case # 05-0527M-01 (ea)
                      [Entry date 11/08/05]

11/16/05      18      CJA 20 as to Ernso Louis : Appointment of Attorney Hugo A.
                      Rodriguez; Voucher No. FLS 05 1940 (Signed by Magistrate
                      Judge Patrick A. White on 10/11/05) (ea)
                      [Entry date 11/16/05]

11/21/05      19      Transmittal Letter sent  to District of COLUMBIA in case as
                      to Yves Jean Louis, Ernso Louis . Documents Sent: RULE 40
                      SUPP #18 (nf) [Entry date 11/21/05]

Proceedings include all events.
1:05M 3293        USA v. Louis, et al.                                    CLOSED
                                                                              INTERP


01/20/06    20           CJA 20 as to Ernso Louis  Authorization to Pay Hugo
                         Rodriguez $ 378 ( Signed by Magistrate Judge Patrick A.
                         White on 1/20/06) [EOD Date: 1/24/06] (ea)
                         [Entry date 01/24/06]