UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>YVES JEAN LOUIS )<br>) | Crim. No.: 05-376(JDB) |

**DEFENDANT'S MOTION FOR A TRANSFER
TO THE CENTRAL TREATMENT FACILITY**

Yves Jean Louis, through undersigned counsel, respectfully moves the Court to order his transfer from the District of Columbia Central Detention Facility (the D.C. Jail) to the Central Treatment Facility (CTF) pending further proceedings in his criminal case.

In support of the Motion, undersigned counsel states:

1. Mr. Louis is before the Court pending sentencing after he entered a guilty plea to the one count indictment which charged him with Hostage Taking and Aiding and Abetting and Causing an Act to be Done in violation of 18 U.S.C. §1203(a) and 2. Mr. Louis entered his guilty plea on December 16, 2005.

2. On March 24, 2006, Mr. Louis appeared before for the Court for a Status Hearing. At the time the parties informed the Court that sentencing should be continued pending further investigation of others who participated in the crime that brought Mr. Yves Jean Louis before the Court. Since Mr. Yves Louis was brought to the District of Columbia on October 25, 2005, he has at all times been detained at the Central Detention Facility.

3. Prior to his incarceration for the charged offense Mr. Louis had never been

detained nor separated from his family. During his incarceration communication with his wife and children been rare to non existent. In the Central Treatment Facility Mr. Louis will have the ability to communicate with his family provided that he can purchase the telephonic calling cards that are sold in the commissary. It is undersigned counsel's understanding that the calling cards which can facilitate international calls are not available in the Central Detention Facility (the D.C. Jail) and as a result foreign nationals are not able to contact family members.

    4.    Mr. Louis acknowledges that he will spend a substantial period of his life removed from his wife, children, and the small community where he lived in Haiti. Although he has started to adjust to a life of imprisonment, removed from his family, he wants to avoid getting used to a life of having no contact with his wife and children. To be able to hear the voices of his wife and children is something that will help sustain Mr. Louis' spirits, and hope that at some point in the distant future he will be reunited with them. As it stands now, Mr. Louis is an environment where he does not have a single friend. Equally significant is the fact that Mr. Louis cannot even have a single conversation with anyone on account of the fact that he does not speak English. Even monolingual Latino clients do not face this stark reality since there are social workers, correctional officers, and administrators who are bilingual. This is not the case for Mr. Louis since there are no more than a handful of Haitian Creole language speakers who are in custody in the District of Columbia.

    5.    Undersigned counsel has attached an affidavit[1] by a volunteer nun, Sister Maria Lapazaran who works with Latino monolingual inmates at both the DC Jail and CTF. Sister

---

[1] Sister Maria Lapazaran's letter is attached as Exhibit 1. Sr. Lapazaran submitted the letter at the request of a Latino monolingual client. However, the substance of the letter supports the basis for the instant Motion.

Lapazaran has been working at the detention facilities for at least twelve years and her affidavit supports undersigned counsel's proffer and Mr. Louis' Motion for his transfer to the Central Treatment Facility.

6.   Undersigned counsel spoke with Assistant United States Attorney Jeanne Hauch regarding the instant motion, and she indicated that she will defer to the Court.

Wherefore, Mr. Louis respectfully requests that the Court grant the Motion and order his transfer to the Central Treatment Facility.

>Respectfully submitted,
>A.J. KRAMER
>FEDERAL PUBLIC DEFENDER
>
>_____/s/_____
>Carlos J. Vanegas
>Lara G. Quint
>Assistant Federal Public Defender
>625 Indiana Avenue, N.W.
>Suite 550
>Washington, D.C.  20004
>(202) 208-7500