# EXHIBIT 1

To whom it may concern;

I, María Lapazarán who have been working as a volunteer with the Latino population in CCA-CTF for 12 years, can testify that LONG DISTANCE PHONE CARDS for other countries are sold in the canteen in CCA-CTF Facility and the inmates can by and make long distance phone calls to their families from their own units.

*María Lapazarán CCV*

Sr. María Lapazarán CCV
SW and Spiritual Counselor
CCA-CTF
and DC Jail