UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                    )<br>)<br>YVES JEAN LOUIS         )<br>) | Crim. No.: 05-376 (JDB) |

**ORDER**

Upon consideration of the defendant's Motion for an Order Transferring him to the Central Treatment Facility it is hereby

**ORDERED** that defendant's motion is granted; and it is

**FURTHER ORDERED** that the D.C. Department of Corrections transfer Yves Jean Louis (DCDC No. 307 043) from the Central Detention Facility to the Correctional Treatment Facility (CCA) pending further proceedings.

**SO ORDERED**

_____                                         _____
DATE                                                     JOHN D. BATES
                                                         UNITED STATES DISTRICT JUDGE

cc: D.C. Jail Records
Attention: Gerald Bowser
1901 D Street, S.E.
Washington, D.C. 20003
fax: (202) 673-7183

Carlos J. Vanegas, Lara G. Quint
Assistant Federal Public Defenders
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Jeanne Hauch
Assistant United States Attorney
National Security Section
555 Fourth St. NW
Washington, D.C. 20530