UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Criminal No.: 05-376-01 |
| | : | (JDB) |
| | : | |
| v. | : | |
| | : | |
| **YVES JEAN LOUIS,** | : | |
| | : | |
| **Defendant.** | : | |

ORDER FOR SENTENCING GUIDELINES DEPARTURE PURSUANT TO
GOVERNMENT'S MOTION UNDER 18 U.S.C. § 3553(e) and U.S.S.G. § 5K1.1

Having reviewed the Government's Motion for Downward Departure Based Upon Defendant's Substantial Assistance to the Government, any Response thereto, and any such evidence at any hearing on the motion, the Court hereby rules as follows:

THE COURT HEREBY FINDS that the defendant provided substantial assistance to the government in the prosecution of other persons, and,

IT IS ORDERED that the Government's Motion be granted and that the sentence imposed on the defendant will reflect a downward departure from the applicable sentencing range.

Date:_____            _____
                                        UNITED STATES DISTRICT JUDGE

cc:

Jeanne M. Hauch                         Carlos Vanegas, Esq.
Assistant United States Attorney        Lara Quint, Esq.
National Security Section               Federal Public Defender for the District of
555 Fourth Street, N.W., 11th Floor     Columbia
Washington, D.C.  20530                 625 Indiana Avenue, N.W., Suite 550
                                        Washington, D.C.  20004
                                        Fax:  202-208-7515