HONORABLE JOHN D. BATES, UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>05-376-01</u> |
| | : | |
| vs. | : | SSN: <u>N/A</u> |
| | : | |
| LOUIS, Yves Jean | : | Disclosure Date: <u>November 14, 2006</u> |

**DEC 1 0 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the
Presentence Investigation Report (PSR) in the above-entitled case.  The undersigned further
acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)

( ✓ )    There are no material/factual inaccuracies therein.

( )    There are material/factual inaccuracies in the PSI report as set forth in the
attachment herein.

_____    <u>11/28/2006</u>
Prosecuting Attorney                              Date

### For the Defendant

(CHECK APPROPRIATE BOX)

( ✓ )    There are no material/factual inaccuracies therein.

( )    There are material/factual inaccuracies in the PSI report as set forth in the
attachment.

<u>Yves Louis.</u>_____    _____    <u>11/30/06</u>
Defendant          Date          Defense Counsel          Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material
inaccuracies or disputes in writing by **November 28, 2006**, to U.S. Probation Officer **Monica
Johnson**, telephone number **(202) 565-1332**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the
Attorney for the Government and the Defense Counsel to provide each other with a copy of
the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**
**By:**Gennine A. Hagar, Acting Chief
United States Probation Officer